AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

MICHAEL E. HUBER,

       Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-CV-00517-RCJ-VPC**

CITY OF LAS VEGAS, et al.,

       Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Complaint is DISMISSED with prejudice.

| August 2, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |